UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-059-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| TRAVIS SHONTA ALLEN | ) |

**ORDER**
**ON MOTION TO SEAL**
**SENTENCING MEMORANDUM**

THIS MATTER is before the Court on defendant's motion to seal his Sentencing Memorandum.

FOR GOOD CAUSE SHOWN, the motion is GRANTED, and the defendant's Sentencing Memorandum shall be filed under SEAL.

SO ORDERED, this the 18 day of January, 2017.

_____
HON. JAMES C. DEVER, III
Chief Judge, United States District Court